| DEPARTMENT OF DEFENSE | | 1. Pay Period End 03/08/25 |
|---|---|---|
| CIVILIAN LEAVE AND EARNINGS STATEMENT LES VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL | | 2. Pay Date 03/14/25 |

| 3. Name NURID-DEEN LATASHA M | 4. Pay Plan/Grade/Step GS 05 01 | 5. Hourly/Daily Rate 23.55 | 6. Basic OT Rate 35.33 | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay 49142.00   0.00   49142.00 |
|---|---|---|---|---|
| 8. Soc Sec No ***-**- | 9. Locality % 28.99 | 10. FLSA Category N | 11. SCD Leave 12/01/24 | 12. Max Leave Carry Over 240 | 13. Leave Year End 01/10/26 |
| 14. Financial Institution - Net Pay USAA FEDERAL SAVINGS BANK | 15. Financial Institution - Allotment #1 | | 16. Financial Institution - Allotment #2 | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 0 | 0 | 420332 | S | 0 | 0 | CALN TWP   NR | FERS:   576.07 | |
| PA | S | 0 | 0 | 423066 | S | 0 | 0 | YEADON BORO | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 2074.38 | 14104.30 | TSP DATA | 5% |
| TAXABLE WAGES | 1840.13 | 12738.16 | | |
| NONTAXABLE WAGES | 140.05 | 804.14 | | |
| TAX DEFERRED WAGES | 94.20 | 562.00 | | |
| DEDUCTIONS | 696.58 | 4581.65 | | |
| AEIC | | | | |
| NET PAY | 1377.80 | 9522.65 | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1884.00 | OVERTIME | 0.50 | 18.02 | NIGHT DIFF | 53.00 | 125.08 |
| SAT PREM T38 | 8.00 | 47.28 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 8.32 | 49.60 | FEHB | 111 | 113.16 | 644.12 |
| MEDICARE | | 28.05 | 192.85 | OASDI | | 119.93 | 824.61 |
| RETIRE, FERS | KF | 82.90 | 494.58 | TAX, FEDERAL | | 142.41 | 1100.56 |
| TAX, LST | 420332 | 2.00 | 12.00 | TAX, LOCAL | 423066 | 19.34 | 133.00 |
| TAX, STATE | PA | 59.38 | 408.31 | TSP SAVINGS | | 94.20 | 562.00 |
| DENTAL | | 21.23 | 126.12 | VISION | | 5.66 | 33.90 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 8.00 | 4.00 | 16.00 | 8.75 | 16.75 | | 7.25 | |
| SICK | 12.00 | 4.00 | 16.00 | | 8.00 | | 20.00 | |
| HOLIDAY | | | | | 8.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.16 | 24.80 | FEHB | 298.08 | 1735.18 |
| MEDICARE | 28.05 | 192.85 | OASDI | 119.93 | 824.61 |
| RETIRE, FERS | 310.86 | 1854.60 | TSP BASIC | 18.84 | 112.40 |
| TSP MATCHING | 75.36 | 449.60 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $ 113.16
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | |
|---|---|
| 1. Pay Period End | 02/08/25 |
| 2. Pay Date | 02/14/25 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| NURID-DEEN LATASHA M | GS  05  01 | 23.55 | 35.33 | 49142.00   0.00   49142.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**- | 28.99 | N | 12/01/24 | 240 | 01/10/26 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| USAA FEDERAL SAVINGS BANK | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 0 | 0 | 420332 | S | 0 | 0 | CALN TWP   NR | FERS:   410.27 | |
| PA | S | 0 | 0 | 423066 | S | 0 | 0 | YEADON BORO | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 2077.68 | 9222.40 | TSP DATA | 5% |
| TAXABLE WAGES | 1843.43 | 8324.76 | | |
| NONTAXABLE WAGES | 140.05 | 524.04 | | |
| TAX DEFERRED WAGES | 94.20 | 373.60 | | |
| DEDUCTIONS | 697.38 | 3001.41 | | |
| AEIC | | | | |
| NET PAY | 1380.30 | 6220.99 | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1884.00 | NIGHT DIFF | 42.00 | 99.12 | SAT PREM T38 | 8.00 | 47.28 |
| SUN PREM T38 | 8.00 | 47.28 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 8.32 | 32.96 | FEHB | 111 | 113.16 | 417.80 |
| MEDICARE | | 28.10 | 126.13 | OASDI | | 120.13 | 539.30 |
| RETIRE, FERS | KF | 82.90 | 328.78 | TAX, FEDERAL | | 142.81 | 714.57 |
| TAX, LST | 420332 | 2.00 | 8.00 | TAX, LOCAL | 423066 | 19.38 | 86.99 |
| TAX, STATE | PA | 59.49 | 267.04 | TSP SAVINGS | | 94.20 | 373.60 |
| DENTAL | | 21.23 | 83.66 | VISION | | 5.66 | 22.58 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 8.00 | 4.00 | 8.00 | 8.00 | 8.00 | | 8.00 | |
| SICK | 12.00 | 4.00 | 8.00 | 8.00 | 8.00 | | 12.00 | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.16 | 16.48 | FEHB | 298.08 | 1139.02 |
| MEDICARE | 28.10 | 126.13 | OASDI | 120.13 | 539.30 |
| RETIRE, FERS | 310.86 | 1232.88 | TSP BASIC | 18.84 | 74.72 |
| TSP MATCHING | 75.36 | 298.88 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   113.16
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

| DEPARTMENT OF DEFENSE | 1. Pay Period End 02/22/25 |
|---|---|
| **CIVILIAN LEAVE AND EARNINGS STATEMENT LES** <br> VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL | 2. Pay Date 02/28/25 |

| 3. Name <br> NURID-DEEN LATASHA M | 4. Pay Plan/Grade/Step <br> GS    05    01 | 5. Hourly/Daily Rate <br> 23.55 | 6. Basic OT Rate <br> 35.33 | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay <br> 49142.00    0.00    49142.00 |
|---|---|---|---|---|
| 8. Soc Sec No <br> \*\*\*-\*\*- | 9. Locality % <br> 28.99 | 10. FLSA Category <br> N | 11. SCD Leave <br> 12/01/24 | 12. Max Leave Carry Over <br> 240 | 13. Leave Year End <br> 01/10/26 |

| 14. Financial Institution - Net Pay <br> USAA FEDERAL SAVINGS BANK | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 0 | 0 | 420332 | S | 0 | 0 | CALN TWP    NR | FERS:    493.17 | |
| PA | S | 0 | 0 | 423066 | S | 0 | 0 | YEADON BORO | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 2807.52 | 12029.92 | TSP DATA | 5% |
| TAXABLE WAGES | 2573.27 | 10898.03 | | |
| NONTAXABLE WAGES | 140.05 | 664.09 | | |
| TAX DEFERRED WAGES | 94.20 | 467.80 | | |
| DEDUCTIONS | 883.66 | 3885.07 | | |
| AEIC | | | | |
| NET PAY | 1923.86 | 8144.85 | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1884.00 | OVERTIME | 16.00 | 592.80 | NIGHT DIFF | 60.00 | 141.60 |
| SAT PREM T38 | 16.00 | 94.56 | SUN PREM T38 | 16.00 | 94.56 | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 8.32 | 41.28 | FEHB | 111 | 113.16 | 530.96 |
| MEDICARE | | 38.67 | 164.80 | OASDI | | 165.38 | 704.68 |
| RETIRE, FERS | KF | 82.90 | 411.68 | TAX, FEDERAL | | 243.58 | 958.15 |
| TAX, LST | 420332 | 2.00 | 10.00 | TAX, LOCAL | 423066 | 26.67 | 113.66 |
| TAX, STATE | PA | 81.89 | 348.93 | TSP SAVINGS | | 94.20 | 467.80 |
| DENTAL | | 21.23 | 104.89 | VISION | | 5.66 | 28.24 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 8.00 | 4.00 | 12.00 | | 8.00 | | 12.00 | |
| SICK | 12.00 | 4.00 | 12.00 | | 8.00 | | 16.00 | |
| HOLIDAY | | | | 8.00 | 8.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.16 | 20.64 | FEHB | 298.08 | 1437.10 |
| MEDICARE | 38.67 | 164.80 | OASDI | 165.38 | 704.68 |
| RETIRE, FERS | 310.86 | 1543.74 | TSP BASIC | 18.84 | 93.56 |
| TSP MATCHING | 75.36 | 374.24 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   113.16
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

## DEPARTMENT OF DEFENSE
## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | | |
|---|---|---|
| 1. Pay Period End | 12/28/24 | |
| 2. Pay Date | 01/03/25 | |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| NURID-DEEN LATASHA M | GS  05  01 | 23.15 | 34.73 | 48320.00   0.00   48320.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-**** | 28.55 | N | 12/01/24 | 240 | 01/11/25 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| USAA FEDERAL SAVINGS BANK | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 0 | 0 | 420332 | S | 0 | 0 | CALN TWP   NR | FERS:   162.98 | |
| PA | S | 0 | 0 | 423066 | S | 0 | 0 | YEADON BORO | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 1907.68 | 1907.68 | TSP DATA | 5% |
| TAXABLE WAGES | 1693.11 | 1693.11 | | |
| NONTAXABLE WAGES | 121.97 | 121.97 | | |
| TAX DEFERRED WAGES | 92.60 | 92.60 | | |
| DEDUCTIONS | 642.37 | 642.37 | | |
| AEIC | | | | |
| NET PAY | 1265.31 | 1265.31 | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1852.00 | NIGHT DIFF | 24.00 | 55.68 | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 8.16 | 8.16 | FEHB | 111 | 95.74 | 95.74 |
| MEDICARE | | 25.89 | 25.89 | OASDI | | 110.71 | 110.71 |
| RETIRE, FERS | KF | 81.49 | 81.49 | TAX, FEDERAL | | 126.87 | 126.87 |
| TAX, LST | 420332 | 2.00 | 2.00 | TAX, LOCAL | 423066 | 17.86 | 17.86 |
| TAX, STATE | PA | 54.82 | 54.82 | TSP SAVINGS | | 92.60 | 92.60 |
| DENTAL | | 20.60 | 20.60 | VISION | | 5.63 | 5.63 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | | 4.00 | 8.00 | 4.00 | 4.00 | | 4.00 | |
| SICK | | 4.00 | 8.00 | | | | 8.00 | |
| HOLIDAY | | | | 8.00 | 8.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.08 | 4.08 | FEHB | 271.43 | 271.43 |
| MEDICARE | 25.89 | 25.89 | OASDI | 110.71 | 110.71 |
| RETIRE, FERS | 305.58 | 305.58 | TSP BASIC | 18.52 | 18.52 |
| TSP MATCHING | 74.08 | 74.08 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $    95.74
FEHB DEDUCTION CHANGED.
DEDUCTION ADDED/CHANGED FOR VISION AND/OR DENTAL CARE.
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

## DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MiL

| Field | Value |
|---|---|
| 1. Pay Period End | 01/11/25 |
| 2. Pay Date | 01/17/25 |
| 3. Name | NURID-DEEN LATASHA M |
| 4. Pay Plan/Grade/Step | GS 05 01 |
| 5. Hourly/Daily Rate | 23.15 |
| 6. Basic OT Rate | 34.73 |
| 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay | 48320.00   0.00   48320.00 |
| 8. Soc Sec No | ***-**-____ |
| 9. Locality % | 28.55 |
| 10. FLSA Category | N |
| 11. SCD Leave | 12/01/24 |
| 12. Max Leave Carry Over | 240 |
| 13. Leave Year End | 01/11/25 |
| 14. Financial Institution - Net Pay | USAA FEDERAL SAVINGS BANK |
| 15. Financial Institution - Allotment #1 | |
| 16. Financial Institution - Allotment #2 | |

### 17. Tax

| Tax | Marital Status | Exemptions | Add'l |
|---|---|---|---|
| FED | S | 0 | 0 |
| PA | S | 0 | 0 |

### 18. Tax

| Tax | Marital Status | Exemptions | Add'l | Taxing Authority |
|---|---|---|---|---|
| 420332 | S | 0 | 0 | CALN TWP  NR |
| 423066 | S | 0 | 0 | YEADON BORO |

19. Cumulative Retirement — FERS: 244.47
20. Military Deposit

### 21.

| | Current | Year to Date |
|---|---|---|
| GROSS PAY | 2269.36 | 4177.04 |
| TAXABLE WAGES | 2054.79 | 3747.90 |
| NONTAXABLE WAGES | 121.97 | 243.94 |
| TAX DEFERRED WAGES | 92.60 | 185.20 |
| DEDUCTIONS | 723.96 | 1366.33 |
| AEIC | | |
| NET PAY | 1545.40 | 2810.71 |

22. TSP DATA   5%

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1852.00 | NIGHT DIFF | 60.00 | 139.20 | SAT PREM T38 | 8.00 | 46.48 |
| SUN PREM T38 | 8.00 | 46.48 | HOLIDAY PREM | 8.00 | 185.20 | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 8.16 | 16.32 | FEHB | 111 | 95.74 | 191.48 |
| MEDICARE | | 31.14 | 57.03 | OASDI | | 133.14 | 243.85 |
| RETIRE, FERS | KF | 81.49 | 162.98 | TAX, FEDERAL | | 166.07 | 292.94 |
| TAX, LST | 420332 | 2.00 | 4.00 | TAX, LOCAL | 423066 | 21.47 | 39.33 |
| TAX, STATE | PA | 65.92 | 120.74 | TSP SAVINGS | | 92.60 | 185.20 |
| DENTAL | | 20.60 | 41.20 | VISION | | 5.63 | 11.26 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | | 4.00 | 12.00 | | 4.00 | | 8.00 | |
| SICK | | 4.00 | 12.00 | | | | 12.00 | |
| HOLIDAY | | | | 8.00 | 16.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.08 | 8.16 | FEHB | 271.43 | 542.86 |
| MEDICARE | 31.14 | 57.03 | OASDI | 133.14 | 243.85 |
| RETIRE, FERS | 305.58 | 611.16 | TSP BASIC | 18.52 | 37.04 |
| TSP MATCHING | 74.08 | 148.16 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
YOUR PASSWORD HAS BEEN ESTABLISHED/CHANGED FOR ACCESSING MYPAY.
IF YOU DID NOT TAKE THIS ACTION, CONTACT 1-888-332-7411 OR (216) 522-5096.
YOU HAVE ELECTED TO NO LONGER RECEIVE A HARDCOPY W2 IN THE MAIL.
ACCESS TO YOUR W2 WILL BE THROUGH MYPAY.
YOU WILL NOT RECEIVE A LEAVE AND EARNINGS STATEMENT IN THE MAIL AS DIRECTED BY YOUR AGENCY
PRETAX FEHB EXCLUSION $    95.74
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

| DEPARTMENT OF DEFENSE | | 1. Pay Period End 01/11/25 |
|---|---|---|
| CIVILIAN LEAVE AND EARNINGS STATEMENT LES VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL | | 2. Pay Date 01/17/25 |

| 3. Name NURID-DEEN LATASHA M | 4. Pay Plan/Grade/Step GS 05 01 | 5. Hourly/Daily Rate 23.15 | 6. Basic OT Rate 34.73 | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay 48320.00   0.00   48320.00 |
|---|---|---|---|---|
| 8. Soc Sec No ***-**- | 9. Locality % 28.55 | 10. FLSA Category N | 11. SCD Leave 12/01/24 | 12. Max Leave Carry Over 240 | 13. Leave Year End 01/11/25 |

| 14. Financial Institution - Net Pay USAA FEDERAL SAVINGS BANK | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 0 | 0 | 420332 | S | 0 | 0 | CALN TWP     NR | FERS:    244.47 | |
| PA  | S | 0 | 0 | 423066 | S | 0 | 0 | YEADON BORO | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 2269.36 | 4177.04 | TSP DATA | 5% |
| TAXABLE WAGES | 2054.79 | 3747.90 | | |
| NONTAXABLE WAGES | 121.97 | 243.94 | | |
| TAX DEFERRED WAGES | 92.60 | 185.20 | | |
| DEDUCTIONS | 723.96 | 1366.33 | | |
| AEIC | | | | |
| NET PAY | 1545.40 | 2810.71 | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1852.00 | NIGHT DIFF | 60.00 | 139.20 | SAT PREM T38 | 8.00 | 46.48 |
| SUN PREM T38 | 8.00 | 46.48 | HOLIDAY PREM | | 185.20 | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 8.16 | 16.32 | FEHB | 111 | 95.74 | 191.48 |
| MEDICARE | | 31.14 | 57.03 | OASDI | | 133.14 | 243.85 |
| RETIRE, FERS | KF | 81.49 | 162.98 | TAX, FEDERAL | | 166.07 | 292.94 |
| TAX, LST | 420332 | 2.00 | 4.00 | TAX, LOCAL | 423066 | 21.47 | 39.33 |
| TAX, STATE | PA | 65.92 | 120.74 | TSP SAVINGS | | 92.60 | 185.20 |
| DENTAL | | 20.60 | 41.20 | VISION | | 5.63 | 11.26 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED | CURRENT BALANCE | USE-LOSE/TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | | 4.00 | 12.00 | | 4.00 | | 8.00 | |
| SICK | | 4.00 | 12.00 | | | | 12.00 | |
| HOLIDAY | | | | 8.00 | 16.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.08 | 8.16 | FEHB | 271.43 | 542.86 |
| MEDICARE | 31.14 | 57.03 | OASDI | 133.14 | 243.85 |
| RETIRE, FERS | 305.58 | 611.16 | TSP BASIC | 18.52 | 37.04 |
| TSP MATCHING | 74.08 | 148.16 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
YOUR PASSWORD HAS BEEN ESTABLISHED/CHANGED FOR ACCESSING MYPAY.
IF YOU DID NOT TAKE THIS ACTION, CONTACT 1-888-332-7411 OR (216) 522-5096.
YOU HAVE ELECTED TO NO LONGER RECEIVE A HARDCOPY W2 IN THE MAIL.
ACCESS TO YOUR W2 WILL BE THROUGH MYPAY.
YOU WILL NOT RECEIVE A LEAVE AND EARNINGS STATEMENT IN THE MAIL AS DIRECTED BY YOUR AGENCY
PRETAX FEHB EXCLUSION $    95.74
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

## DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 01/25/25 |
|---|---|
| 2. Pay Date | 01/31/25 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| NURID-DEEN LATASHA M | GS 05 01 | 23.55 | 35.33 | 49142.00   0.00   49142.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-**** | 28.99 | N | 12/01/24 | 240 | 01/10/26 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| USAA FEDERAL SAVINGS BANK | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 0 | 0 | 420332 | S | 0 | 0 | CALN TWP    NR | FERS:    327.37 | |
| PA | S | 0 | 0 | 423066 | S | 0 | 0 | YEADON BORO | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 2967.68 | 7144.72 | TSP DATA | 5% |
| TAXABLE WAGES | 2733.43 | 6481.33 | | |
| NONTAXABLE WAGES | 140.05 | 383.99 | | |
| TAX DEFERRED WAGES | 94.20 | 279.40 | | |
| DEDUCTIONS | 937.70 | 2304.03 | | |
| AEIC | | | | |
| NET PAY | 2029.98 | 4840.69 | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1884.00 | OVERTIME | 15.00 | 570.46 | NIGHT DIFF | 60.00 | 141.60 |
| SAT PREM T38 | 15.50 | 91.61 | SUN PREM T38 | 15.50 | 91.61 | HOLIDAY PREM | 8.00 | 188.40 |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 8.32 | 24.64 | FEHB | 111 | 113.16 | 304.64 |
| MEDICARE | | 41.00 | 98.03 | OASDI | | 175.32 | 419.17 |
| RETIRE, FERS | KF | 82.90 | 245.88 | TAX, FEDERAL | | 278.82 | 571.76 |
| TAX, LST | 420332 | 2.00 | 6.00 | TAX, LOCAL | 423066 | 28.28 | 67.61 |
| TAX, STATE | PA | 86.81 | 207.55 | TSP SAVINGS | | 94.20 | 279.40 |
| DENTAL | | 21.23 | 62.43 | VISION | | 5.66 | 16.92 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 8.00 | 4.00 | 4.00 | | | | 12.00 | |
| SICK | 12.00 | 4.00 | 4.00 | | | | 16.00 | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.16 | 12.32 | FEHB | 298.08 | 840.94 |
| MEDICARE | 41.00 | 98.03 | OASDI | 175.32 | 419.17 |
| RETIRE, FERS | 310.86 | 922.02 | TSP BASIC | 18.84 | 55.88 |
| TSP MATCHING | 75.36 | 223.52 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
BASIC PAY CHANGED.
PRETAX FEHB EXCLUSION $   113.16
FEHB DEDUCTION CHANGED.
DEDUCTION ADDED/CHANGED FOR VISION AND/OR DENTAL CARE.
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**